# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

ASHLEY WHATLEY

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.   3:22-CR-9-014(CAR)

USM No.   03724-510

E. Addison Gantt
Defendant's Attorney

**THE DEFENDANT:**

☒   admitted guilt to violation of condition(s)   3   of the term of supervision.

☐   was found in violation of condition(s)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Criminal Association | 05/01/2025 |

The defendant is sentenced as provided in pages 2 through __2__ . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒   The defendant has not violated condition(s)   1,2, 4-8   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.   7395

Defendant's Year of Birth:   1992

City and State of Defendant's Residence:

Danielsville
Georgia

April 22, 2026
Date of Imposition of Judgment

s/ C. Ashley Royal
Signature of Judge

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

04/27/2026
Date

DEFENDANT:          ASHLEY WHATLEY
CASE NUMBER:     3:22-CR-9-014(CAR)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :     **TIME SERVED**

☐     The court makes the following recommendations to the Bureau of Prisons:

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐     at _____     ☐     a.m.     ☐     p.m.     on     _____ .

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2 p.m. on     _____ .

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL